IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 08-08918 BKT

Chapter 13

SANTOS OLMEDA JIMENEZ

MADELINE DIAZ FLORES

XXX-XX-1327

XXX-XX-7487

**FILED & ENTERED ON 04/25/2011**

Debtor(s)

## ORDER DISMISSING CASE

The motion to dismiss filed by RG MORTGAGE CORP. (docket #57) having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED, ADJUDGED AND DECREED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED, ADJUDGED AND DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this 25 day of April, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C: All creditors